No. 208. GEORGE L. MESKER AND GEORGE HEILMAN, THE LATTER AS TRUSTEE, ETC. *v.* OHIO RIVER SAND COMPANY ET AL. Appeal from the Circuit Court of Appeals for the Sixth Circuit. Argued March 11, 1924. Decided March 17, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Rouse* v. *Letcher,* 156 U. S. 47, 49; *Gregory* v. *Van Ee,* 160 U. S. 643, 645; *Ohio R. R. Comm.* v. *Worthington,* 225 U. S. 101, 103–104; *Begg* v. *New York City,* 262 U. S. 196, 198–199. *Mr. Helm Bruce,* with whom *Mr. O. W. McGinnis* was on

the brief, for appellants. *Mr. John Bryce Baskin* for appellees.